The People of the State of New York, Respondent,
against
Oscar Pacheco, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez III, J.), rendered April 3, 2014, after a jury trial, convicting him of sexual abuse in the second degree and endangering the welfare of a child, and imposing sentence.




Per Curiam.
Judgment of conviction (Julio Rodriguez III, J.), rendered April 3, 2014, affirmed.
Defendant's purported challenge to the legal sufficiency of the evidence is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we find that the verdict convicting defendant of second-degree sexual abuse (see Penal Law § 130.60[2]) and endangering the welfare of a child (see Penal Law § 260.10[1]) was based on legally sufficient evidence. We also find that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the jury's credibility determinations in which it credited the 13-year old victim's account of the incident. The victim's testimony was not "manifestly untrue, physically impossible, contrary to experience, or self-contradictory" (People v Garafolo, 44 AD2d 86, 88 [1974]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 12, 2019